# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **FALAYE KOUROUMA** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 5:20-cv-01524-LCB-JHE |
| **GOVERNOR KAY IVEY, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION AND ORDER

Plaintiff Falaye Kourouma, an inmate formerly incarcerated at the Etowah County Detention Center, preceding pro se and partially in forma pauperis, filed this action on October 1, 2020. (Doc. 1). The case was referred to United States Magistrate Judge John H. England, who issued a Report and Recommendation that the lawsuit should be dismissed without prejudice for Plaintiff's failure to prosecute. (Doc. 11 at 1). A copy of the Report and Recommendation was mailed to Plaintiff on the day it was issued, February 17, 2021. This copy was later returned as undeliverable, and Plaintiff has since failed to provide the Court with an updated address.

The parties were given 14 days to file objections to the report and recommendation. As of the date of this order, no objections have been filed. Having carefully reviewed and considered *de novo* all the materials in the court file,

including the report and recommendation, the Magistrate Judge's report is hereby **ADOPTED**, and the recommendation is **ACCEPTED**. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** each of Plaintiff's claims.

**The Clerk of Court is DIRECTED to close** the case

**DONE** and **ORDERED** March 8, 2021.

_____
LILES C. BURKE
UNITED STATES DISTRICT JUDGE